## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## GALVESTON DIVISION

|  |  |
|---|---|
| STATE OF ARIZONA;<br>STATE OF TEXAS;<br>STATE OF OKLAHOMA; and<br>STATE OF NEVADA,<br>     *Plaintiffs*,<br><br>v.<br><br>NATIONAL TELECOMMUNICATIONS<br>AND INFORMATION ADMINISTRATION<br>(NTIA); UNITED STATES OF AMERICA;<br>UNITED STATES DEPARTMENT OF<br>COMMERCE; PENNY PRITZKER, in her Of-<br>ficial Capacity as Secretary of Commerce;<br>LAWRENCE E. STRICKLING, in his Official<br>Capacity as Assistant Secretary for Communi-<br>cations and Information and Administrator of<br>NTIA,<br>     *Defendants.* | Case No. 3:16-cv-00274 |

## <u>NOTICE OF APPEARANCE</u>

The Clerk of Court is respectfully requested to enter my appearance in this case as counsel for all Plaintiffs.

> PRERAK SHAH
>    *Senior Counsel to the Attorney General*
> Texas Bar No. 24075053
> S.D. Tex. Bar No. 2137529
> OFFICE OF THE ATTORNEY GENERAL
> P.O. Box 12548 (MC 001)
> Austin, Texas 78711-2548
> Tel.: (512) 936-1700
> Fax: (512) 474-2697
> prerak.shah@texasattorneygeneral.gov

DATED: September 29, 2016                    Respectfully submitted.


KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

BRANTLEY STARR
Deputy First Assistant Attorney General


/s/ Prerak Shah
PRERAK SHAH
Senior Counsel to the Attorney General
Texas Bar No. 24075053
S.D. Texas Bar No. 2137529

LACEY MASE
Senior Managing Counsel for Civil Litigation
Texas Bar No. 24074662
S.D. Tex. Bar No. 1278859

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC 001)
Austin, Texas  78711-2548
Tel.: (512) 936-1700
Fax: (512) 474-2697
prerak.shah@texasattorneygeneral.gov

COUNSEL FOR PLAINTIFFS


## CERTIFICATE OF SERVICE

I certify that this Notice of Appearance was served on counsel for Defendants via electronic mail to Daniel Hu (Daniel.Hu@usdoj.gov), Keith Wyatt (Keith.Wyatt@usdoj.gov), and Krystal Walker (Krystal.Walker@usdoj.gov).


/s/ Prerak Shah
PRERAK SHAH