United States District Court
Southern District of Texas
**ENTERED**
September 29, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| STATE OF ARIZONA, *et al*, § § Plaintiffs, § VS. § § NATIONAL TELECOMMUNICATIONS § AND INFORMATION § ADMINISTRATION (NTIA), *et al*, § § Defendants. § | CIVIL ACTION NO. 3:16-CV-274 |

### ORDER AND NOTICE

Pending before the Court is Plaintiff's (State of Arizona, State of Nevada, State of Oklahoma, and State of Texas) Complaint for Declaratory and Injunctive Relief and Application for Temporary Restraining Order and Preliminary Injunction (Dkt. 1).

A hearing will be held on the application on **September 30, 2016 at 1:30 p.m.** at the US Courthouse, 601 Rosenberg St., 6th Floor Courtroom, Galveston, TX 77550.

Plaintiffs are **ORDERED** to timely provide all parties with copies of this notice and all of the operative pleadings in this case.

SIGNED at Galveston, Texas, this 29th day of September, 2016.

George C. Hanks Jr.
United States District Judge