## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## GALVESTON DIVISION

| | |
|---|---|
| STATE OF ARIZONA *et al.*, | CIVIL ACTION NO. 3:16-cv-274 |
| Plaintiffs, | |
| v. | |
| NATIONAL TELECOMMUNICATIONS AND INFORMATION ADMINISTRATION (NTIA), *et al.*, | |
| Defendants. | |

### UNOPPOSED MOTION BY PLAINTIFF STATE OF ARIZONA FOR COUNSEL TO APPEAR TELEPHONICALLY AT HEARING ON SEPTEMBER 30, 2016

Plaintiff State of Arizona, by and through undersigned counsel, respectfully requests that attorneys from the Arizona Attorney General's Office be permitted to appear telephonically at the hearing set for September 30, 2016 at 1:30 p.m.  The reason for the request is the cost for the attorneys to purchase tickets on short notice to fly to the hearing would impose a financial burden on the Arizona Attorney General's Office.  Plaintiffs wish to note that attorneys from the Texas Attorney General's Office will appear in person, but attorneys from the Arizona Attorney General's Office would likely be presenting the majority of Plaintiffs' arguments at this hearing. For the foregoing reasons, Plaintiff State of Arizona respectfully requests that attorneys from its office be permitted to appear telephonically at the upcoming hearing.

Dated: September 29, 2016               Respectfully submitted,

MARK BRNOVICH                           KEN PAXTON
  *Attorney General of Arizona*          *Attorney General of Texas*

PAUL WATKINS (*pro hac vice to be filed*)   JEFFREY C. MATEER
  *Chief Counsel, Civil Litigation Division*     *First Assistant Attorney General*

BRUNN W. ROYSDEN III (*pro hac vice to be filed*)   BRANTLEY STARR
MATTHEW DU MEE (*pro hac vice to be filed*)     *Deputy First Assistant Attorney General*
EVAN DANIELS
JOHN HEYHOE-GRIFFITHS                     /s/  Prerak Shah
ROBYN POOLE                             PRERAK SHAH
  *Assistant Attorneys General*           *Senior Counsel to the Attorney General*
    Texas Bar No. 24074662
    S.D. Tex. Bar No. 1278859

OFFICE OF THE ATTORNEY GENERAL
1275 W. Washington St.                  LACEY E. MASE
Phoenix, AZ 85007                         *Senior Managing Counsel for Civil Litigation*
(602) 542-5025                            Texas Bar No. 24074662
Beau.Roysden@azag.gov                     S.D. Tex. Bar No. 1278859

OFFICE OF THE ATTORNEY GENERAL
P.O Box 12548 (MC 001)
SCOTT PRUITT                            Austin, TX 78711-2548
  Attorney General                     (512) 936-1700
  State of Oklahoma                     Prerak.Shah@texasattorneygeneral.gov

ADAM PAUL LAXALT
  Attorney General
  State of Nevada

COUNSEL FOR PLAINTIFFS

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with counsel for Defendants, Keith Wyatt of the United States Attorney's Office for the Southern District of Texas, who confirmed that Defendants are unopposed to this motion.

/s/ Prerak Shah
PRERAK SHAH

## CERTIFICATE OF SERVICE

I certify that this Notice of Appearance was served on counsel for Defendants via electronic mail to Daniel Hu (Daniel.Hu@usdoj.gov), Keith Wyatt (Keith.Wyatt@usdoj.gov), and Krystal Walker (Krystal.Walker@usdoj.gov).

/s/ Prerak Shah
PRERAK SHAH