IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| STATE OF ARIZONA; STATE OF TEXAS; STATE OF OKLAHOMA; and STATE OF NEVADA,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL TELECOMMUNICATIONS AND INFORMATION ADMINISTRATION (NTIA); UNITED STATES OF AMERICA; UNITED STATES DEPARTMENT OF COMMERCE; PENNY PRITZKER, in her Official Capacity as Secretary of Commerce; LAWRENCE E. STRICKLING, in his Official Capacity as Assistant Secretary for Communications and Information and Administrator of NTIA,<br><br>Defendants. | CIVIL ACTION NO. 3:16-cv-274 |

## **ORDER**

**IT IS HEREBY ORDERED** that counsel from the Arizona Attorney General's Office are permitted to appear telephonically at the hearing set for September 30, 2016 at 1:30 p.m.

**SIGNED** this ____ day of September, 2016.

_____
George C. Hanks Jr.
United States District Judge