United States District Court
Southern District of Texas
**ENTERED**
September 29, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| STATE OF ARIZONA, *et al*, | § § § | |
| Plaintiffs, | § | |
| VS. | § § | CIVIL ACTION NO. 3:16-CV-274 |
| NATIONAL TELECOMMUNICATIONS AND INFORMATION ADMINISTRATION (NTIA), *et al*, | § § § § | |
| Defendants. | § § | |

### ORDER

The Unopposed Motion by Plaintiff State of Arizona for Counsel to Appear Telephonically at Hearing on September 30, 2016 (Dkt. 5) is **DENIED**.

SIGNED at Galveston, Texas, this 29th day of September, 2016.

_[signature]_
George C. Hanks Jr.
United States District Judge