UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| STATE OF ARIZONA, *et al.*, | § | |
| Plaintiffs | § | |
| V. | § | CIVIL ACTION NO. 16-0274 |
| | § | |
| NATIONAL | § | |
| TELECOMMUNICATIONS | § | |
| AND INFORMATION | § | |
| ADMINISTRATION, *et al.*, | § | |
| Defendants | § | |

## **ORDER**

The Opposed Motion by Plaintiffs for a temporary restraining order (Dkt. 1) is hereby DENIED.

SIGNED at Galveston, Texas, this _____ day of _____, 2016

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE