| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|



United States Courts
Southern District of Texas
FILED
SEP 30 2016

## Motion and Order for Admission *Pro Hac Vice*

| Division | Galveston | Case Number | 3:16-cv-00274 |
|---|---|---|---|
| State of Arizona; State of Texas, State of Oklahoma; and State of Nevada; ||||
| *versus* ||||
| National Telecommunications and Information Administration (NTIA); United States of America; United States Department of Commerce; Penny Pritzker, in her Official Capacity as Secretary of Commerce; Lawrence E. Strickling, in his Official Capacity as Assistant Secretary for Communications and Information and Administrator of NTIA, ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Brunn Wall Roysden III<br>Arizona Attorney General's Office<br>1275 W. Washington St., Phoenix, AZ  85007<br>(602) 542-7757;  beau.roysden@azag.gov<br>State of Arizona; Bar #028698 |
|---|---|

| Name of party applicant seeks to appear for: | State of Arizona |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No __X__ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 9/29/2016 | Signed: *[signature]* |
|---|---|

| The state bar reports that the applicant's status is: Current ||
|---|---|
| Dated: 9/30/16 | Clerk's signature *[signature]* |

| **Order** | This lawyer is admitted *pro hac vice*. |
|---|---|

Dated: _____          _____
                                                                          United States District Judge