UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

*United States Southern District Court FILED SEP 30 2016 David J. Bradley, Clerk of Court*

## Motion and Order for Admission *Pro Hac Vice*

| Division | Galveston | Case Number | 3:16-cv-00274 |
|---|---|---|---|

State of Arizona; State of Texas; State of Oklahoma; and State of Nevada;

*versus*

National Telecommunications and Information Administration (NTIA); United States of America; United States Department of Commerce; Penny Pritzker, in her Official Capacity as Secretary of Commerce; Lawrence E. Strickling, in his Official Capacity as Assistant Secretary for Communications and Information and Administrator of NTIA,

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Paul Nathan Watkins<br>Arizona Attorney General's Office<br>1275 W. Washington St., Phoenix, AZ  85007<br>(602) 542-8958; paul.watkins@azag.gov<br>State of Arizona; Bar #032577 |
|---|---|

| Name of party applicant seeks to appear for: | State of Arizona |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No __X__

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 9/29/2016 | Signed: *[signature]* |
|---|---|

| The state bar reports that the applicant's status is: Current |
|---|
| Dated: 9/30/16    Clerk's signature: Donna Nienson |

**Order**                This lawyer is admitted *pro hac vice*.

Dated: _____        _____
                                                            United States District Judge