UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| STATE OF ARIZONA;<br>STATE OF TEXAS;<br>STATE OF OKLAHOMA; and<br>STATE OF NEVADA,<br><br>         Plaintiffs,<br><br>    v.<br><br>NATIONAL TELECOMMUNICATIONS AND INFORMATION ADMINISTRATION (NTIA); UNITED STATES OF AMERICA; UNITED STATES DEPARTMENT OF COMMERCE; PENNY PRITZKER, in her Official Capacity as Secretary of Commerce; LAWRENCE E. STRICKLING, in his Official Capacity as Assistant Secretary for Communications and Information and Administrator of NTIA,<br><br>         Defendants. | Civil Action No. 3:16-cv-00274 |

**[PROPOSED] ORDER GRANTING INTERNET ASSOCIATION, INTERNET INFRASTRUCTURE COALITION, INTERNET SOCIETY, COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION, NETCHOICE, MOZILLA, PACKET CLEARING HOUSE, ACT – THE APP ASSOCIATION, AMERICAN REGISTRY FOR INTERNET NUMBERS, INFORMATION TECHNOLOGY INDUSTRY COUNCIL, ANDREW SULLIVAN, TED HARDIE, JARI ARKKO, AND ALISSA COOPER'S MOTION FOR LEAVE TO FILE AMICUS BRIEF**

The Court has considered the motion for leave to appear as *amici curiae* and to file a brief in support of Defendants.

For good cause, the Court hereby grants the motion and orders that the brief that

2

accompanied the motion is deemed filed with this Court.  Counsel for *Amici* may now file their

notices of appearance with the Court.



Dated: _____    _____
                                                                                        The Honorable George Hanks, Jr.
                                                                                        United States District Judge