UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Galveston | Case Number | 3:16-cv-00274 |
|---|---|---|---|

State of Arizona; State of Texas, State of Oklahoma; and State of Nevada;

*versus*

National Telecommunications and Information Administration (NTIA); United States of America; United States Department of Commerce; Penny Pritzker, in her Official Capacity as Secretary of Commerce; Lawrence E. Strickling, in his Official Capacity as Assistant Secretary for Communications and Information and Administrator of NTIA,

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Matthew du Mee<br>Arizona Attorney General's Office<br>1275 W. Washington St., Phoenix, AZ 85007<br>(602) 542-7731;  matthew.dumee@azag.gov<br>State of Arizona; Bar #028468 |
|---|---|

| Name of party applicant seeks to appear for: | State of Arizona |
|---|---|

Has applicant been sanctioned by any bar association or court?  Yes _____  No __X__

On a separate sheet for each sanction, please supply the full particulars.

Dated: 9/29/2016    Signed: [signature]

The state bar reports that the applicant's status is: current

Dated: 9/30/16    Clerk's signature: [signature]

**Order**           This lawyer is admitted *pro hac vice*.

Dated: _____    _____
                                    United States District Judge