United States District Court
Southern District of Texas
**ENTERED**
September 30, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Galveston | Case Number | 3:16-cv-00274 |
|---|---|---|---|

| State of Arizona; State of Texas, State of Oklahoma; and State of Nevada; |
|---|

| *versus* |
|---|
| National Telecommunications and Information Administration (NTIA); United States of America; United States Department of Commerce; Penny Pritzker, in her Official Capacity as Secretary of Commerce; Lawrence E. Strickling, in his Official Capacity as Assistant Secretary for Communications and Information and Administrator of NTIA, |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Brunn Wall Roysden III<br>Arizona Attorney General's Office<br>1275 W. Washington St., Phoenix, AZ  85007<br>(602) 542-7757;  beau.roysden@azag.gov<br>State of Arizona; Bar #028698 |
|---|---|

| Name of party applicant seeks to appear for: | State of Arizona |
|---|---|

| Has applicant been sanctioned by any bar association or court?  Yes _____   No  X _____ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 9/29/2016 | Signed: *[signature] Brunn W Roysden III* |
|---|---|

| The state bar reports that the applicant's status is: Current |
|---|
| Dated: 9/30/16 | Clerk's signature *[signature]* |

### Order

This lawyer is admitted *pro hac vice*.

Dated: 9/30/16

*[signature] George C. Hanks*
United States District Judge