United States District Court
Southern District of Texas
**ENTERED**
September 30, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Galveston | | Case Number | 3:16-cv-00274 |
|---|---|---|---|---|

| State of Arizona; State of Texas, State of Oklahoma; and State of Nevada; |
|---|

| *versus* |
|---|
| National Telecommunications and Information Administration (NTIA); United States of America; United States Department of Commerce; Penny Pritzker, in her Official Capacity as Secretary of Commerce; Lawrence E. Strickling, in his Official Capacity as Assistant Secretary for Communications and Information and Administrator of NTIA, |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Matthew du Mee<br>Arizona Attorney General's Office<br>1275 W. Washington St., Phoenix, AZ 85007<br>(602) 542-7731; matthew.dumee@azag.gov<br>State of Arizona; Bar #028468 |
|---|---|

| Name of party applicant seeks to appear for: | State of Arizona |
|---|---|

| Has applicant been sanctioned by any bar association or court?  Yes _____  No __X__ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 9/29/2016 | Signed: *[signature]* |
|---|---|

| The state bar reports that the applicant's status is: **current** |
|---|
| Dated: 9/30/16    Clerk's signature *[signature] Donna Nickerson* |

### Order

This lawyer is admitted *pro hac vice.*

Dated: 9/30/16      _*[signature]*_
United States District Judge