## HEARING MINUTES AND ORDER

Cause No. 3:16cv274
Style:  State of Arizona, et al. v. National Telecommunications and Information Administration (NTIA), et al.
Hearing Type: Motion Hearing
Appearances:

| **Counsel:** | **Representing:** |
|---|---|
| Prerak Shah, Brunn Roysden | Plaintiffs State of Arizona, et al. |
| Daniel Hu, Keith Wyatt, Krystal Walker | Defendants National Telecommunications and Information Administration (NTIA), et al. |
| Date: September 30, 2016 | Court Reporter: Kathy Miller |
| Time:  2:04 - 3:18; 4:26 – 4:30 | Case Manager:  Dana Perez |

At the hearing, the following rulings were made:

1. The Motions to Appear Pro Hac Vice (Dkts. 8, 9, 11) are GRANTED. Orders to follow.

2. Arguments heard.

3. The Court DENIES the Application for Declaratory and Injunctive Relief, for the reasons stated on the record.

Signed in Galveston, TX this 30th day of September, 2016.

George C. Hanks, Jr.
United States District Judge