United States District Court
Southern District of Texas
**ENTERED**
October 18, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| STATE OF ARIZONA, *et al*, | § |
| | § |
| Plaintiffs, | § |
| VS. | § CIVIL ACTION NO. 3:16-CV-274 |
| | § |
| NATIONAL TELECOMMUNICATIONS | § |
| AND INFORMATION | § |
| ADMINISTRATION (NTIA), *et al*, | § |
| | § |
| Defendants. | § |

### ORDER OF DISMISSAL

On October 14, 2016, the Plaintiffs filed a Notice of Dismissal (Dkt. 18) pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Accordingly, it is hereby **ORDERED** that all claims asserted against any party in the above-captioned lawsuit are hereby **DISMISSED WITHOUT PREJUDICE** to their being re-filed.

All pending Motions are hereby **DENIED, as moot.** Each party shall bear its own attorneys' fees and costs.

**THIS IS A FINAL JUDGMENT.**

SIGNED on October 17, 2016 at Galveston, Texas.

George C. Hanks, Jr.
United States District Judge